WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

DOVE, J.

(No. 5755—

SIDNEY J. MARX, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed July 9, 1970.*

SUTH AND PETERS, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; BRUCE J. FINNE, Assistant Attorney General, for Respondent.

HOLDERMAN, J.

(No. 5768—

DANIEL E. McCARRY, Claimant, vs. STATE OF ILLINOIS, ILLINOIS RACING BOARD, Respondent.

*Opinion filed July 9, 1970.*

DANIEL E. McCARRY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

DOVE, J.